**Attachment 2 - EEOC Complaint Form**

FILED

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
_____ DIVISION

APR 15 2026

Ronnie Ford

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

_____

(Name of plaintiff or plaintiffs)

Civil Action Number:

v.

United Services Automobile Association USAA    SA26CA2526 (Supp)
by Clerk's Office

_____

_____

(Name of defendant or defendants)

## COMPLAINT

1.  This action is brought by _____ Ronnie Ford _____, Plaintiff, pursuant to the following selected jurisdiction:

### (Please select the applicable jurisdiction)

[X] Title VII of the Civil Rights Act of 1964 (42 USC §§ 2000e et seq.)  Employment Discrimination on the basis of race, color, sex (gender, pregnancy and sexual harassment), religion or national origin.

[X] The Age Discrimination in Employment Act (29 USC §§ 621 et seq.) (**ADEA**).

[X] The Americans With Disabilities Act (42 USC §§ 12102 et seq.) (**ADA**).

[  ] The Equal Pay Act (29 USC § 206(d)) (**EPA**).

[  ] The Rehabilitation Act of 1973 (29 USC §791 et seq.) (Applicable to federal employees only).

2.  Defendant _USAA_____(Defendant's name) lives at, or its business is located at ___9800 Fredericksburg Rd_____ (street address), __San Antonio_____(city), __TX_____ (state), ____78240_____(zip).

3a.     Plaintiff sought employment from the defendant or was employed by the defendant at _____9800 Fredericksburg Rd_____(street address), (city), ____San Antonio, TX____(state), _____78240_____(zip).

3b.     At all relevant times of claim of discrimination, Defendant employed _____ (#) employees.   If defendant is a union, at all relevant times of claim of discrimination, Defendant had _____ (#) members.

4.     Defendant discriminated against plaintiff in the manner indicated in paragraph 8 of this complaint on or about _____03_____(month) __18____(day) __2023 (year).   If incidents of discrimination occurred more than one day, please indicate the beginning and ending dates of such acts:_____
.

5.     Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission (E.E.O.C.) charging defendant with the acts of discrimination indicated in paragraph 7 of this complaint on or about ____01____ (month) ___12____(day) ___2026____(year).   (Not applicable to federal civil service employees).

6a.     The E.E.O.C. issued a **Notice of Right to Sue** which was received by plaintiff on (month) ___January 12,____(day) __2026_____(year).   (Not applicable to ADEA and EPA claims or federal civil service employees).

**VERY IMPORTANT NOTE:**     **PLEASE ATTACH A COPY OF YOUR NOTICE OF RIGHT TO SUE AND THE ENVELOPE IN WHICH IT WAS RECEIVED TO THIS COMPLAINT.**

6b.     Please indicate below if the E.E.O.C issued a **Determination** in your case:

[ X ] Yes
[   ] No     EEOC right to sue attached

**VERY IMPORTANT NOTE:**     **IF YOU CHECKED "YES", PLEASE ATTACH A COPY OF THE E.E.O.C.'S DETERMINATION TO THIS COMPLAINT**

7.     Because of plaintiff's:

**(Please select the applicable allegation(s))**

[ x ]     Race (If applicable, state race) ____African American_____

[ x ]     Color (If applicable, state color) ___Black/African American_____

[  ]    Sex (gender, pregnancy or sexual harassment) (If applicable, state sex and claim)

[  ]    Religion (If applicable, state religion) _____

[  ]    National Origin (If applicable, state national origin) _____

[ X ]    Age (If applicable, state date of birth) _____8/17/1970_____

[  ]    Disability (If applicable, state disability) _____

[  ]    Prior complaint of discrimination or opposition to acts of discrimination.
        (Retaliation) (If applicable, explain events of retaliation) _____

        The defendant:   **(please select all that apply)**

[  ]    failed to employ plaintiff.

[  ]    terminated plaintiff's employment.

[  ]    failed to promote plaintiff.

[ X ]    harassed plaintiff.

[  ]    other (specify) _____
        .

8a.    State **specifically** the circumstances under which defendant, its agent, or employees
       discriminated against plaintiff **PERSONALLY:**

**VERY IMPORTANT NOTE:**        **INCLUDE SPECIFIC DATES, SPECIFIC EVENTS,
                                AND ANY SPECIFIC COMMENTS MADE BY
                                DEFENDANT PERTAINING TO THE
                                DISCRIMINATION CLAIM ALLEGED ABOVE.**

See attached detail to EEO specific examples given
_____

8b.    List any **witnesses** who would testify for plaintiff to support plaintiff's allegations
       and the substance of their testimony:

Witness include coworkers hearing conversations and reporting directly to manager - See EEOC complaint attached
_____

8c.    List any **documentation** that would support plaintiff's allegations and explain what
       the documents will prove:

**30**

9.    The above acts or omissions set forth in paragraphs 7 and 8 are:

[    ]    still being committed by defendant.
[    ]    no longer being committed by defendant.

10.    Plaintiff should attach to this complaint a copy of the charge filed with the Equal Employment Opportunity Commission.   This charge is submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, plaintiff prays that the Court grant the following relief to the plaintiff:

[    ] Defendant be directed to employ plaintiff.

[    ] Defendant be directed to re-employ plaintiff.

[    ] Defendant be directed to promote plaintiff.

[ X ] Defendant be directed to _____
and that the Court grant such other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

4/13/2026
Date

*Ronnie Ford*
Signature of Plaintiff

4950 East Houstson Street #200552
Address of Plaintiff

San Antonio        Texas                    78220

City            State            Zip Code

Telephone Number(s)        210-895-3948

31

**Rev. Ed. October 26, 2017**

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TEXAS, SAN ANTONIO DIVISION

MS. RONNIE J. FORD, Plaintiff,

v.

UNITED SERVICES AUTOMOBILE ASSOCIATION (USAA), Defendant.

CIVIL ACTION NO. _____ (To be assigned by Clerk)

---

# PRO SE COMPLAINT FOR EMPLOYMENT DISCRIMINATION

**I. JURISDICTION AND VENUE** This action is brought under federal law, specifically Title VII of the Civil Rights Act of 1964, the Age Discrimination in Employment Act (ADEA), the Americans with Disabilities Act (ADA), and the Genetic Information Nondiscrimination Act (GINA). This Court has jurisdiction over this matter following the issuance of a Determination and Notice of Rights by the U.S. Equal Employment Opportunity Commission (EEOC) on January 12, 2026, for Charge Number 451-2026-01768. Venue is proper in the San Antonio Division as the alleged discriminatory acts occurred within this district.

**II. PARTIES** 1. The Plaintiff is Ms. Ronnie J. Ford, residing at 4950 East Houston Unit 200552, San Antonio, TX 78220. Plaintiff is proceeding **pro se**.

2. The Defendant is **United Services Automobile Association (USAA)**, whose principal place of business is **9800 Fredericksburg Road, San Antonio, TX 78288**.

**III. STATEMENT OF FACTS AND TIMELINESS REBUTTAL** 1. **Timeliness of Original Charge:** Plaintiff contends that the original charge of discrimination was filed timely. The relevant date of the adverse employment action (Resignation/Constructive Discharge) was **Friday, March 14, 2025**. This date conflicts with the EEOC's calculation regarding the filing deadline.

2. **Equitable Tolling (Extenuating Circumstances):** Plaintiff moves the Court to consider the following barriers which prevented earlier administrative filing:

* **Medical Constraints:** Plaintiff suffers from a documented medical history of migraines, involving significant pressure and heat to the head.

* **Technical/Systemic Barriers:** The EEOC's digital portal mandated a formal interview date prior to the acceptance of a formal complaint; however, the interview calendar was booked for months in advance. Additionally, the system blocked the uploading of necessary supporting documentation.

\* **Governmental Interference:** Following the filing with the Texas Workforce Commission (TWC), the EEOC field office was unreachable and closed due to a federal government shutdown.

**IV. NATURE OF THE CLAIM** Plaintiff alleges she was subjected to discrimination, harassment, retaliation (including whistleblower reprisal), and constructive discharge based on her race, color, sex, age, disability, and protected activity. These actions constitute a direct violation of Title VII of the Civil Rights Act of 1964, the ADEA, the ADA, and GINA.

**V. REQUEST FOR RELIEF** Plaintiff respectfully requests that this Court grant such relief as may be appropriate, including but not limited to:

1. Back pay and front pay;
2. Compensatory and punitive damages;
3. Any other relief the Court deems just and proper.

**Respectfully Submitted,**

Dated: April 7, 2026

**Ms. Ronnie J. Ford (Plaintiff, Pro Se)**



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## San Antonio Field Office

5410 Fredericksburg Road, Suite 200
San Antonio, TX 78229-3555
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued on: January 12, 2026

**To:** Ms. Ronnie J. Ford
4950 East Houston Unit 200552
San Antonio, TX 78220

**Re:** Ms. Ronnie J. Ford v. USAA

EEOC Charge Number:  451-2026-01768

EEOC Representative and email:     Arturo Garcia
Equal Opportunity Investigator
arturo.garcia@eeoc.gov

---

## DISMISSAL

The EEOC is closing this charge because your charge was not filed within the time limits under the law; in other words, you waited too long after the date of the alleged discrimination to file your charge.

## NOTICE OF YOUR RIGHT TO SUE

This is the official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.) If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 451-2026-01768.

On behalf of the Commission:

For

_____
Norma J. Guzman
Field Director

cc:

Enclosure with EEOC Notice of Closure and Rights (01/22)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court <u>under Federal law</u>. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) received the document. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to: https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.
Since a lawsuit must be filed within 90 days of this notice, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 451-2025-02356 to the Field Director at Norma J. Guzman, 5410 Fredericksburg Road, Suite 200, San Antonio, TX 78229.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 451-2025-02356 to the Field Director at Norma J. Guzman, 5410 Fredericksburg Road, Suite 200, San Antonio, TX 78229.

You may request the charge file up to 90 days after receiving this Notice of Right to Sue. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC. For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm. For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.