Generated: Apr 20, 2026 11:11AM



# U.S. District Court

## Texas Western - San Antonio

Receipt Date: Apr 20, 2026 11:11AM

RONNIE JEAN FORD

Rcpt. No: 11062                      Trans. Date: Apr 20, 2026 11:11AM                      Cashier ID: #VL (5472)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|---------------------|-----|-------|-----|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | | Amt |
|----|--------|---|---|---|-----|
| CH | Check | #9008073148 | 04/14/2026 | | $405.00 |
| | | | Total Due Prior to Payment: | | $405.00 |
| | | | Total Tendered: | | $405.00 |

**Comments**: 5:26-CV-02526 RONNIE JEAN FORD

Clerk, US District Court - San Antonio Division - 262 W Nueva, Ste 1-400, San Antonio, TX 78207 (210) 472-6550 - www.txwd.uscourts.gov

SA26CA2526    MJ-RBF