SA26CA2526 FB MJ-RBF

# PRIORITY MAIL EXPRESS®

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

RECEIVED
APR 15 2026
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY
DEPUTY CLERK

USPS.COM/PICKUP

October 2023

2 1/2 x 9 1/2

WRITE FIRMLY WITH BALL POINT PEN ON HARD SURFACE TO MAKE ALL COPIES LEGIBLE.

CUSTOMER USE ONLY

FROM: (PLEASE PRINT)    PHONE (    )

Ronnie Ford
P.O. Box 200552
San Antonio, Tx. 78220

TO: (PLEASE PRINT)    PHONE (    )

U.S. District Court
Western District
262 Nueva St. Suite 3-260
San Antonio, Tx. 78207

PAYMENT BY ACCOUNT (if applicable)
USPS Corporate Acct. No.    Federal Agency Acct. No. or Postal Service™ Acct. No.

DELIVERY OPTIONS (Customer Use Only)
☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

ZIP + 4® (U.S. ADDRESSES ONLY)

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

PRIORITY MAIL EXPRESS

UNITED STATES POSTAL SERVICE®

US POSTAGE PAID
Origin: 78220
04/14/26
4879620220-19

$37.65
Retail

E

PRIORITY MAIL EXPRESS®

0 Lb 7.80 Oz

RDC 07

RETURN RECEIPT REQUESTED
SIGNATURE REQUIRED

SCHEDULED DELIVERY DAY: 04/15/26 06:00 PM

C009

SHIP
TO:
(210) 895-3948
US DISTRICT COURT WESTERN DISTRICT
262 W NUEVA
SAN ANTONIO TX 78207-4529

RONNIE FORD
PO BOX 200552
SAN ANTONIO TX 78220-0552
(210) 895-3948

USPS SIGNATURE® TRACKING #

9571 1132 7363 6104 9808 86

UNITED STATES POSTAL SERVICE®

